

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's brief was originally due January 28, 2019; however, the court granted an extension of time to file the brief until February 27. Appellant has filed a motion requesting an additional thirty days to file the brief.

We grant the motion and order appellant's attorney to file the brief by March 29, 2019 (sixty days after the original deadline). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court